1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAHIL CHAUDHARY,

                        Petitioner,

        v.

WILLIAM BARR, et al.,

                        Respondents.

CASE NO. C20-635-RSM-BAT

**ORDER OF DISMISSAL**

        Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida,

United States Magistrate Judge, any objections or responses to that, and the remaining record,

the Court finds and ORDERS:

        (1)     The Court ADOPTS the Report and Recommendation.

        (2)     The Government's motion to dismiss, Dkt. 6, is GRANTED.

        (3)     This action is DISMISSED without prejudice for lack of jurisdiction.

        (4)     The Clerk is directed to send copies of this Order to the parties and to Judge

Tsuchida.

ORDER OF DISMISSAL - 1

1    DATED this 29th day of July, 2020.

2

3

4    RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2